1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    RONALD L. SEAY,                        No.  1:25-cv-000178-KES-SAB (PC)

12              Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DISMISSING
13         v.                                ACTION AS DUPLICATIVE

14    CALIFORNIA DEPARTMENT OF               (Doc. 11)
      CORRECTIONS/REHABILITATION, et
15    al.,

16              Defendants.

17

18

19         Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

20    U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28

21    U.S.C. § 636(b)(1)(B) and Local Rule 302.

22         On April 1, 2025, the assigned magistrate judge issued findings and recommendations

23    recommending that plaintiff's complaint be dismissed as duplicative of the complaint in *Seay v.*

24    *CDCR, et al.*, Case No. 1:25-cv-00177-SAB (PC).  (Doc. 11.)  The Court served the findings and

25    recommendations on plaintiff and notified him that any objections thereto were due within 14

26    days after service.  *Id*. at 5.  Plaintiff did not file objections, and the time to do so has passed.

27    ///

28    ///

                                             1

Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.    The findings and recommendations issued on April 1, 2025, Doc. 11, are adopted in full;

2.    This action is dismissed as duplicative; and

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 21, 2025

_____
UNITED STATES DISTRICT JUDGE

2